# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Case No. 12-20000 (PJW) |
|  | : |  |
|  | : | Chapter 11 |
| Overseas Shipholding Group, Inc. *et al.*, | : | Jointly Administered |
|  | : |  |
| Debtors. | : | Reference Docket No. 231 |

## NOTICE OF APPEAL OF LEPORIS SHIPPING CORPORATION FROM THE ORDER AUTHORIZING REJECTION OF THE OVERSEAS LIMAR BAREBOAT CHARTER NUNC PRO TUNC AS NECESSARY TO THE REDELIVERY DATE AND RELATED RELIEF

Pursuant to 28 U.S.C. §158(a)(1) and Federal Rule of Bankruptcy Procedure 8001, Leporis Shipping Corporation (the "Appellant"), a creditor, hereby appeals to the United States District Court for the District of Delaware from the order entered by the Bankruptcy Court on December 27, 2012 entitled, Order Authorizing Rejection of the Overseas Limar Bareboat Charter Nunc Pro Tunc as Necessary to the Redelivery Date and Related Relief (the "Rejection Order") (D.I. 231).  The appeal relates to the meaning and effect of certain retention of jurisdiction language contained in the Rejection Order which was interpreted and ruled upon by the Bankruptcy Court at the hearing held on December 27, 2012, regarding whether Appellant would be able to arbitrate its rejection damage claims.

The names of all parties to the Rejection Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Appellant:              Leporis Shipping Corporation

Counsel for Appellants: Lisa C. McLaughlin, Esquire (#3113)
                        Stephen A. Spence, Esquire (#5392)
                        Phillips, Goldman & Spence, P.A.
                        1200 North Broom Street
                        Wilmington, DE 19806
                        (302) 655-4200

-and-

|  |  |
|---|---|
|  | Jonathan I. Rabinowitz, Esquire<br>Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway, Suite #100<br>Livingston, NJ  07039<br>(973) 597-9100 |
| Appellees: | Debtors in the above-captioned cases |
| Counsel for Appelles: | Derek C. Abbott, Esquire<br>Daniel B. Butz, Esquire<br>William M. Alleman, Jr., Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>(302) 351-9357 |

                -and-

James L. Bromley, Esquire
Luke A. Barefoot, Esquire
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2264

Dated: January 10, 203                    PHILLIPS, GOLDMAN & SPENCE, P.A.

                              _____/s/ Lisa C. McLaughlin_____
                              Lisa C. McLaughlin, Esquire (#3113)
                              Stephen A. Spence, Esquire (#5392)
                              1200 North Broom Street
                              Wilmington, DE 19806
                              (302) 655-4200
                              (302) 655-4210

                                  -and-

                              RABINOWITZ, LUBETKIN & TULLY, LLC
                              Jonathan I. Rabinowitz, Esquire
                              293 Eisenhower Parkway, Suite #100
                              Livingston, NJ  07039
                              (973) 597-9100
                              (973) 597-9119 – Fax
                              jrabinowitz@rltlawfirm.com

                              *Counsel to Appellant Leporis Shipping Corporation*

## **CERTIFICATE OF SERVICE**

       I, Celeste A. Hartman, Senior Paralegal, do hereby certify that I am over the age of 18, and that on January 10, 2013, I caused a copy of the *Notice of Appeal* of *Leporis Shipping Corporation from the Order Authorizing Rejection of the Overseas Limar Bareboat Charter Nunc Pro Tunc as Necessary to the Redelivery Date and Related Relief* upon the following persons via the Court's ecf system and E-Mail on the following persons:

James L. Bromley, Esquire
Luke A. Barefoot, Esquire
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com
lbarefoot@cgsh.com

Derek C. Abbott, Esquire
Daniel B. Butz, Esquire
William M. Alleman, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware 19801
dabbott@mnat.com
dbutz@mnat.com
walleman@mnat.com

       Under penalty of perjury, I certify the foregoing is true and correct.

                                     /s/ Celeste A. Hartman
                                  CELESTE A. HARTMAN