# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

IN RE: Overseas Shipholding Group Inc., et al.
_____

| | | |
|---|---|---|
| Leporis Shipping Corporation, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 13-320-GMS |
| Overseas Shipholding Group Inc., et al., | : | Bankruptcy Case No. 12-20000 |
| Appellees. | : | BAP No. 13-5 |

_____

IN RE: Overseas Shipholding Group Inc., et al.
_____

| | | |
|---|---|---|
| Naos Shipping Corporation,, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 13-321-GMS |
| Overseas Shipholding Group Inc., et al., | : | Bankruptcy Case No. 12-20000 PJW |
| Appellees. | : | AP No. 13-6 |

_____

IN RE: Overseas Shipholding Group Inc., et al.
_____

| | | |
|---|---|---|
| Rimar Shipping Corporation, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 13-322-GMS |
| Overseas Shipholding Group Inc., et al., | : | Bankruptcy Case No. 12-20000 |
| Appellees. | : | AP No. 13-7 |

_____

## **ORDER**

At Wilmington this **14th** day of **March, 2013**.

Pursuant to this Court's Standing Order dated September 11, 2012, regarding procedures to govern mediation of all appeals from the Bankruptcy Court pursuant to 28 U.S.C. § 158;

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, April 2, 2013 at 10:30 a.m. Eastern Time** with Magistrate Judge Thynge related to the screening process for mediation. **Counsel for the appellant shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE